**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 04-cr-00368-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WILLIE TYRONE ALLEN,
    a/k/a Willie Allen,

    Defendant.

## MINUTE ORDER[1]

    On **December 18, 2009**, commencing at 2:30 p.m., the court shall conduct a hearing on revocation of supervised release violation.  The U.S. Marshal shall assist in securing the defendant's appearance for this hearing.

    Dated:  September 30, 2009

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.